# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN NITA,<br><br>                            Plaintiff,<br><br>vs.<br><br>MACY'S WEST STORES, INC., et al.,<br><br>                           Defendants. | CASE NO. 18cv527-LAB (BGS)<br><br>**ORDER OF DISMISSAL** |

Since Dan Nita failed to file a voluntary motion to dismiss by July 13, 2018, as instructed by the Court [Dkt. 12], the action is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: July 19, 2018

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge